IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON J. HOWARD,<br>    Plaintiff,<br><br>v.<br><br>WELLPATH, LLC, et al.<br>    Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO. 22-CV-3241<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 24th day of February, 2023, it is **ORDERED** that the Defendant Wellpath, LLC's motion to dismiss for failure to state a claim [Doc. 16] is **GRANTED**.

Count One of the Complaint is **DISMISSED** for failure to state a claim against Defendant Wellpath, LLC.

Count One of the Complaint is **DISMISSED** for failure to state a claim against the individual Defendants in their individual capacities.

Count Two of the Complaint is **DISMISSED** for lack of subject matter jurisdiction and without prejudice to Plaintiff pursuing the claim in the appropriate state court.

The Clerk is **DIRECTED** to mark this case as **TERMINATED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.